# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 161 EAL 2014
:
                Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
FATIH ANDERSON, :
:
                Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.